```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A02-0097--CV (JKS)
              "RALPH KERMIT WINTERROWD II V BRAD L. NELSON"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 04/26/02
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 04/26/02 receipt # 00117384
          Trial by: Jury
```

Parties of Record:                                   Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | WINTERROWD, RALPH KERMIT II | Ralph Kermit Winterrowd II<br>Pro Per<br>c/o POB 877109<br>Knik, AK 99687<br>907-357-8003<br>FAX 907-357-8007 |
| DEF 1.1 | NELSON, BRAD L. | Stephanie Galbraith Moore<br>Attorney General's Office<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>907-269-5190<br>FAX 907-258-0760 |
| DEF 2.1 | CYR, JOHN R. | Stephanie Galbraith Moore<br>(see above) |
| DEF 3.1 | SANTIAGO, JORGE A. | Stephanie Galbraith Moore<br>(see above) |
| DEF 4.1 | BATY, ROBERT M.K. | Stephanie Galbraith Moore<br>(see above) |
| DEF 5.1 | [T] WASHINGTON, LEVITICUS | No counsel found for this party! |
| DEF 6.1 | [T] BURKMIRE, MICHAEL E. | No counsel found for this party! |
| DEF 7.1 | [T] SMITH, DEL | No counsel found for this party! |
| DEF 8.1 | [T] HAYES, RONALD P. | No counsel found for this party! |
| DEF 9.1 | [T] PERONTO, VANCE | No counsel found for this party! |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A02-0097--CV (JKS)
"RALPH KERMIT WINTERROWD II V BRAD L. NELSON"

Including terminated parties, excluding terminated counsel

| Parties of Record: | Counsel of Record: |
|---|---|
| DEF 10.1    [T]  CASANOVAS, DENNIS E. | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A02-0097--CV (JKS)
            "RALPH KERMIT WINTERROWD II V BRAD L. NELSON"

                          For all filing dates


  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
           Filed: 04/26/02
          Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (440) Other Civil Rights

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 04/26/02 receipt # 00117384
         Trial by: Jury


Document #   Filed     Docket text

    1 -  1  04/26/02  Complaint filed.

    2 -  1  06/27/02  JKS Minute Order that plf file returns of svc w/i 20 days. cc: cnsl

    3 -  1  07/16/02  PLF 1 Notice to court re: response to order at dkt 2 re: service.

    3 -  2  07/22/02  JKS Order denying demand for jury trial. cc: cnsl

    4 -  1  07/30/02  JKS Minute Order requiring proof of svc by 08/24/02 or case will be
                      dismissed. cc: cnsl

 NOTE -  1  08/26/02  Issued: summons re: amended complaint on DEF 1-10.

    5 -  1  08/26/02  PLF 1 Complaint (Amended).

    5 -  2  08/26/02  PLF 1 Jury Demand.

    6 -  1  08/29/02  PLF 1 Return of Service Executed re: DEF 1 on 8/26/02.

    7 -  1  08/29/02  PLF 1 Return of Service Executed re: DEF 2 on 8/26/02.

    8 -  1  08/29/02  PLF 1 Return of Service Executed re: DEF 3 on 8/26/02.

    9 -  1  08/29/02  PLF 1 Return of Service Executed re: DEF 4 on 8/26/02.

   10 -  1  08/29/02  PLF 1 Return of Service Executed re: DEF 5 on 8/26/02.

   11 -  1  08/29/02  PLF 1 Return of Service Executed re: DEF 6 on 8/26/02.

   12 -  1  08/29/02  PLF 1 Return of Service Executed re: DEF 7 on 8/26/02.

   13 -  1  08/29/02  PLF 1 Return of Service Executed re: DEF 8 on 8/26/02.

   14 -  1  08/29/02  PLF 1 Return of Service Executed re: DEF 9 on 8/26/02.

   15 -  1  08/29/02  PLF 1 Return of Service Executed re: DEF 10 on 8/26/02.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A02-0097--CV (JKS)
                       "RALPH KERMIT WINTERROWD II V BRAD L. NELSON"

                                  For all filing dates


 Document #    Filed     Docket text

    16 -   1  09/03/02   DEF 9 Attorney Appearance of Stephanie Galbraith Moore (AAG-200).

    17 -   1  09/11/02   DEF 1-10 motion to dismiss.

    18 -   1  09/12/02   DEF 1-8; 10 Attorney Appearance of S. Moore (AAG-200).

    19 -   1  10/08/02   DEF 1-8; 10 Amended Attorney Appearance of S. Galbraith Moore (AAG-200).

    20 -   1  10/08/02   DEF 1-8; 10 Notice of errata re: service.

    21 -   1  10/08/02   DEF 1-10 motion (amended) to dismiss w/att memo.

    22 -   1  11/01/02   PLF 1 motion to accept late filing w/att proposed motion to quash
                         amended motion to dismiss w/memo and exhs.

    23 -   1  11/04/02   PLF 1 motion to quash amended motion to dismiss w/att memo and exhs.

    24 -   1  11/04/02   JKS Order denying mot to quash amended mot to dismiss (23-1); granting
                         mot to accept late filing (22-1); granting/denying mot to dismiss
                         (17-1), mot (amended) to dismiss (21-1); cmplt alleging defs sued in
                         their official capacity for money damages dism w/prej; DEFS 6,7,9,&10
                         dism w/out prej; plf has until 12/02/02 to amend cmplt; if no amended
                         cmplt fld, crt will convert to a dismissal w/prej; defs to provide
                         authorization for service by 11/12/02; DEF 8 dism w/prej. cc: cnsl

    25 -   1  11/05/02   PLF 1 motion to quash amended motion to dismiss with memorandum in
                         support Errata (amended).

    26 -   1  11/05/02   PLF 1 motion rule 11 challenge to Stephanie Galbraith Moore.

    27 -   1  11/12/02   DEF 1-5 oppo to PLF 1 mot rule 11 challenge to Stephanie Galbraith Moore
                         (26-1).

    28 -   1  11/12/02   DEF 1-5 motion for reconsideration.

    28 -   2  11/14/02   JKS Order denying motion for reconsideration (28-1). cc: cnsl

    29 -   1  11/26/02   DEF 1-5 Notice regarding service.

    30 -   1  12/02/02   JKS Order denying mot rule 11 challenge to Stephanie Galbraith Moore
                         (26-1). cc: cnsl

    31 -   1  12/02/02   PLF 1 motion to strike Moore's Rule 11 motion.

    32 -   1  12/02/02   PLF 1 motion to compel addresses, provide attorney, or to appoint liason
                         for Alaska State Troopers w/att aff.

    33 -   1  12/02/02   DEF 1-5 oppo to PLF 1 mot to quash amended motion to dismiss (25-1).

    34 -   1  12/05/02   JKS Order denying mot to quash amended mot to dismiss (25-1), mot to
                         strike Moore's Rule 11 mot (31-1), mot to compel addresses, provide
                         attorney, or to appoint liason for Alaska (32-1); plf shall file amended
                         cmplt by 12/18/02 or the dismissals w/out prej of defs Smith, Casanovas,
                         Peronto, and Burkmire will be converted to dismissals w/prej. cc: cnsl

    35 -   1  12/06/02   DEF 1-5 oppo to PLF 1 mot to compel addresses, provide attorney, or to
                         appoint liason for Alaska State Troopers (32-1) w/att notice.

ACRS: R_VDSDX              As of 10/31/05 at 4:27 PM by GARRY                      Page 2
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A02-0097--CV (JKS)
                       "RALPH KERMIT WINTERROWD II V BRAD L. NELSON"

                                   For all filing dates

Document #    Filed      Docket text
──────────    ─────      ───────────

 NOTE -  2   12/18/02   Issued: summons re: DEF 1-7 and 9-10.

   36 -  1   12/18/02   PLF 1 Return of Service Executed re: DEF 1 on 12/18/02.

   37 -  1   12/18/02   PLF 1 Return of Service Executed re: DEF 2 on 12/18/02.

   38 -  1   12/18/02   PLF 1 Return of Service Executed re: DEF 3 on 12/18/02.

   39 -  1   12/18/02   PLF 1 Return of Service Executed re: DEF 4 on 12/18/02.

   40 -  1   12/18/02   PLF 1 Return of Service Executed re: DEF 6 on 12/18/02.

   41 -  1   12/18/02   PLF 1 Return of Service Executed re: DEF 5 on 12/18/02.

   42 -  1   12/18/02   PLF 1 Return of Service Executed re: DEF 7 on 12/18/02.

   43 -  1   12/18/02   PLF 1 Return of Service Executed re: DEF 9 on 12/18/02.

   44 -  1   12/18/02   PLF 1 Return of Service Executed re: DEF 10 on 12/18/02.

   45 -  1   12/19/02   PLF 1 Complaint (Amended).

   45 -  2   12/19/02   PLF 1 Jury Demand.

   46 -  1   01/07/03   DEF 1-7; 9-10 motion for extension of time until 01/21/03 to file answer
                         to complaint.

   46 -  2   01/08/03   JKS Order granting motion for extension of time until 01/21/03 to file
                         answer to complaint (46-1). cc: cnsl

   47 -  1   01/21/03   DEF 1-7; 9-10 Answer to Complaint.

   48 -  1   01/21/03   DEF 1-7; 9-10 Jury Demand.

   49 -  1   01/23/03   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 28 days. cc: cnsl

   50 -  1   02/26/03   PLF 1 Response to Order re: 16(b) report.

   51 -  1   03/05/03   DEF 1-7; 9-10 Response to scheduling & planning conference report
                         submitted by plaintiff.

   52 -  1   03/18/03   JKS Scheduling and Planning Order setting pretrial deadlines: Original
                         discovery 11/14/03; Dispositive motions deadline 12/15/03. TBJ estimate
                         5 days.  cc: cnsl

   53 -  1   12/01/03   DEF 1-7; 9-10 motion for extension of time to 03/15/04 to file
                         dispositive and motions in limine w/att aff.

   54 -  1   02/09/04   DEF 1-7; 9-10 motion for summary judgment and for sanctions w/att memo &
                         exhs.

   55 -  1   02/27/04   PLF 1 motion to delay opposition to 03/31/04 to summary judgment w/att
                         exhs.

   56 -  1   03/01/04   JKS Minute Order granting mot to delay oppo to 03/31/04 to sj (55-1).
                         cc: cnsl
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A02-0097--CV (JKS)
                     "RALPH KERMIT WINTERROWD II V BRAD L. NELSON"

                                  For all filing dates


 Document #    Filed       Docket text

     57 -  1   03/02/04    JKS Order granting mot for ext of time to file mots (53-1) & setting the
                           following dates: Disp mots ddln 03/15/04. cc: cnsl

     58 -  1   03/31/04    PLF 1 motion to delay opposition to summary judgment till 04/30/04 w/att
                           aff.

     58 -  2   04/02/04    JKS Order granting mot to delay oppo to sj till 04/30/04 (58-1). cc:
                           cnsl

     59 -  1   04/02/04    Doc #59 NOT USED.

     60 -  1   04/02/04    DEF 1-7; 9-10 non-oppo to PLF 1 mot to delay oppo to sj till 04/30/04
                           (58-1).

     61 -  1   04/30/04    PLF 1 opposition to DEF 1-7; 9-10 motion for summary judgment and for
                           sanctions (54-1) w/att exhs.

     62 -  1   05/14/04    DEF 1-7; 9-10 reply to oppo to DEF 1-7; 9-10 mot for sj and for
                           sanctions (54-1).

     63 -  1   05/18/04    PLF 1 oppo to DEF 1-7; 9-10 mot for sj and for sanctions (54-1) w/att
                           exh.

     64 -  1   06/16/04    DEF 1-7; 9-10 Errata re: reply to oppo to DEF 1-7; 9-10 mot for sj & for
                           sanctions (54-1).

     65 -  1   08/23/04    JKS Order grant in part & denied in part motion for summary judgment and
                           for sanctions (54-1); pltf's claims as directed dsmssd w/prejudice;
                           pltf's other claims as directed also dsmssd w/out prejudice; def's mot
                           for sanctions denied; D9 dsmssd w/prejudice; D5-7, 10 dsmssd w/out
                           prejudice; pltf's amended cmplt as directed due 9/17/04; if pltf fails
                           to amend cmplt then crt will convert this ord to a dsmssl w/prejudice as
                           to all claims & D5-7,10. cc: cnsl

     66 -  1   08/30/04    DEF 1-7; 10 motion for reconsideration of order of 8/23/04 w/att exhs.

     66 -  2   08/31/04    JKS Order denying motion for reconsideration of order of 8/23/04 (66-1).
                           cc: cnsl

     67 -  1   09/16/04    PLF 1 motion to extend time (to 10/18) to file motion for
                           reconsideration.

     67 -  2   09/16/04    PLF 1 motion to extend time to file new complaint (21 days after ruling
                           on motion to reconsider).

     68 -  1   09/22/04    DEF 1-3 appeal to 9CCA of (65-1) filed 08/23/04, (66-2) filed 08/31/04.
                           cc:cnsl, R. Winterrowd 2nd, Judge Singleton, 9CCA

   NOTE -  3   09/23/04    Transmittal: Forwarded notice of appeal (68-1) to 9CCA.(representation
                           statement attached to appeal.

     69 -  1   09/23/04    Cy 9CCA Certificate of Record. (68-1) cc: cnsl, R. Winterrowd II, Judge
                           Singleton, 9CCA (original)

     70 -  1   10/01/04    DEF 1-3 Transcript Designation/Order Form re: notice of appeal
                           (68-1)none requested.


 ACRS: R_VDSDX                  As of 10/31/05 at 4:27 PM by GARRY                        Page 4
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                           CIVIL DOCKET ENTRIES FOR CASE A02-0097--CV (JKS)
                              "RALPH KERMIT WINTERROWD II V BRAD L. NELSON"
```

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 71 - | 1 | 10/12/04 | JKS Order denying motion to extend time (to 10/18) to file motion for reconsideration (67-1); grant in part motion to extend time to file new complaint (67-2); amended complaint due 11/17/04. cc: cnsl |
| 72 - | 1 | 10/13/04 | Cy 9CCA Time Schedule Order (68-1) cc:cnsl, Judge Singlerton |
| 73 - | 1 | 11/17/04 | PLF 1 motion to move case from USDC to a Dist crt of the US under Article III clause 1&2 in law and equity under the authority of the US exercising the judical power of the US w/att exhs. |
| 74 - | 1 | 11/29/04 | DEF 1-7; 10 opposition to PLF 1 motion to move case from USDC to a Dist crt of the US under Article III clause 1&2 in law and equity under the authority of the US exercising the judical power of the US (73-1). |
| 75 - | 1 | 12/13/04 | Copy of Order from 9CCA (68-1). Appellee's mot to dismiss appeal for lack of jurisdiction is denied. The 11/22/04 request for O/R is referred to the panel assigned to decide the merits of the appeal. The Opening briefs and excerpts of record are due 1/19/05; the asnwer is due 2/17/04 and optional reply is due w/i 14 days after svc of answering brief. cc: cnsl, R. WinterrowdII, Judge Singleton |
| 76 - | 1 | 12/14/04 | JKS Minute Order denying motion to move case from USDC to a Dist crt of the US under Article III clause (73-1). cc: cnsl |
| 77 - | 1 | 04/01/05 | JKS Order that plf's claims falling under due process claims of the 14th & 6th Amendment in addition to his unreasonable search claims and the state claim of conversion are DISMISSED w/prejudice; defs 5, 6, 7 & 10 are DISMISSED w/prejudice; crt will await ruling from 9CCA before proceeding further w/remaining claim for excessive force. cc: cnsl |
| NOTE - | 4 | 04/07/05 | Transmittal: Forwarded D.C. record to 9CCA consisting of 3 original volumes and 1 expando w/ dkt # 61. |