# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*Winterrowd v. Nelson, et al.*
Case No. 3:02-cv-00097-JKS

By:                THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:      Linda Christensen, Case Management: 677-6104*

PROCEEDINGS:      ORDER FROM CHAMBERS

This Court has received the Judgment and Mandate from the Ninth Circuit Court of Appeals in this case. *See* Docket Nos. 79; 80. The Ninth Circuit has affirmed this Court's denial of qualified immunity to the Defendants.

**IT IS THEREFORE ORDERED:**

The parties are requested to provide written status reports to the Court, in which they indicate their availability for trial. The status reports are due **Friday, June 8, 2007**.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: May 8, 2007

*      ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.