TALIS J. COLBERG
ATTORNEY GENERAL

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
(907) 269-5190

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH KERMIT WINTERROWD, 2ND ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No.: 3:02-cv-00097-JKS |
| BRAD L. NELSON, ET AL., ) | **NOTICE OF DEFENDANT'S** |
| ) | **FILING PROPOSED** |
| Defendants. ) | **SCHEDULING AND PLANNING** |
| ) | **REPORT** |

Pursuant to this Court's Order, Defendants hereby submit a proposed Scheduling and Planning Report.  As reflected in the attached correspondence dated May 10, 2007 (Exhibit 1), Counsel for defendants contacted plaintiff regarding the proposed report.  No response from plaintiff was received.  As such, defendants submit their proposed scheduling and planning report in order to meet the Court's ordered deadline of June 8, 2007.

DATED this 5th day of June, 2007, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

By:

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Dana_Burke@law.state.ak.us
TWC_ECF@law.state.ak.us
Alaska Bar No. 9011085

CERTIFICATE OF SERVICE

This is to certify that on this date,
a copy of the foregoing Notice of
Defendant's Submission of Proposed
Scheduling and Planning Report
is being electronically served on:

Ralph K. Winterrowd, 2nd
P.O. Box 877109
Knik, AK 99687

s/ Gilman Dana S. Burke        6/05/07
                               Date

Notice of Defendant's Filing
Proposed Scheduling and Planning
Report
*Winterrowd v. Nelson, et al.*
A2-0097 CI (JKS)
Page 2 of 2