# STATE OF ALASKA

**DEPARTMENT OF LAW**

*OFFICE OF THE ATTORNEY GENERAL*

SARAH PALIN, GOVERNOR

*1031 WEST 4TH AVENUE, SUITE 200*
*ANCHORAGE, ALASKA 99501-5903*
*PHONE: (907)269-5190*
*FAX: (907)258-0760*

May 10, 2007

Ralph Winterrowd 2nd
P.O. Box 877109
Knik, AK 99687

    RE:   *Winterrowd v. Nelson, et al.*
            Case No.: 3:02-cv-00097-JKS
            AGO No: 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

Dear Mr. Winterrowd:

    As you know the court has ordered that the parties prepare a scheduling and planning report. I have drafted a report for your review. If you are satisfied with the report, please sign it and return it to me and I will file it. If you have changes that need to be made to the report, please call me or return the report to me with your changes noted.

    In the event you are considering not pursuing the claims in the case, please let me know in writing and I will file the report with a notice of dismissal.

    The court has ordered that we file a status report by June 8, 2007. I will be out of the office that week so I plan to file it by June 1, 2007. Please respond to this before June 1, 2007. Thank you for your anticipated cooperation.

                                    Sincerely,

                                    TALIS J. COLBERG
                                  ATTORNEY GENERAL

                        By:    *[signature]*
                                Stephanie Galbraith Moore
                                Assistant Attorney General

SGM/hrh
Enclosure

Exhibit _1_
Page _1_ of _6_

TALIS J. COLBERG
ATTORNEY GENERAL

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
(907) 269-5190

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RALPH KERMIT WINTERROWD, 2ND,)
)
        Plaintiff,    )
)
vs.                )   Case No.: 3:02-cv-00097-JKS
)
BRAD L. NELSON, ET AL.,   )
)   **SCHEDULING AND PLANNING**
        Defendants.   )   **CONFERENCE REPORT**
)

**1. Meeting.** In accordance with F.R.Civ.P. 26(f), a meeting was held on and was attended by: **The parties conferred through correspondence.**

**Ralph Winerrowd**, Pro Se

**Stephanie Galbraith Moore**, attorney for defendants

The parties recommend the following:

**2. Pre-Discovery Disclosures.** The information required by F.R.Civ.P. 26(a)(1):

    ___ have been exchanged by the parties

    _X_ will be exchanged by the parties by **8/31/07**

    ___ Proposed changes to disclosure requirements:

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Exhibit ___1___
Page ___2___ of ___6___

    Preliminary witness lists

       ___ have been exchanged by the parties

       **X** will be exchanged by the parties by **8/31/07**

**3. Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

    **Liability and Damages**

**4. Discovery Plan.** The parties jointly propose to the court the following discovery plan.

  A. Discovery will be needed on the following issues:

    **Liability and Damages**

  B. Disclosure or discovery of electronically stored information should be handled as follows:

  C. The parties have agreed to an order regarding claims of privilege or of protection as trial preparation material asserted after production as follows:

  D. All discovery commenced in time to be completed by **3/28/08**

  E. Limitations on Discovery.

    1. Interrogatories.

      **X** No change from Fed.R.Civ.P. 33(a)

      ___ Maximum of ___ by each party to any other party.

    Responses due in ___ days.

    2. Requests for Admissions.

      **X** No change from Fed.R.Civ.P. 36(a)

      ___ Maximum of ___ requests.

    Responses due in ___ days.

    3. Depositions.

      **X** No change from Fed.R.Civ.P. 30(a), (d).

      ___ Maximum of ___ depositions by each party.

        Depositions not to exceed ___ hours unless agreed to by all parties.

Scheduling and Planning Conference Report
*Winterrowd v. Nelson, et al.*
3:02-cv-00097-JKS
Page 2 of 5

Exhibit ___1___
Page __3__ of __6__

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

F. Reports from retained experts.

   __X__ Not later than 90 days before the close of discovery subject to Fed.R.Civ.P 26(a)(2)(C).

   ____ Reports due:

   From plaintiff                              From defendant

G. Supplementation of disclosures and discovery responses are to be made:

   ____ Periodically at 60-day intervals from the entry of scheduling and planning order.

   __X__ As new information is acquired, but not later than 60 days before the close of discovery.

H. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

   __X__ 45 day prior to the close of discovery.

   ____ Not later than

5. **Pretrial Motions.**

   __X__ No change from D.Ak. LR 16.1(c).

   The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

   __X__ Motions to amend pleadings or add parties to be filed not later than **8/31/07**

   __X__ Motions under the discovery rules must be filed not later than **4/18/08**

   __X__ Motions in limine and dispositive motions must be filed not later than **5/2/08**

6. **Other Provisions:**

   A. __X__ The parties do not request a conference with the court before entry of the scheduling order.

   ____ The parties request a scheduling conference with the court on the following issue(s):

Scheduling and Planning Conference Report
*Winterrowd v. Nelson, et al.*
3:02-cv-00097-JKS
Page 3 of 5

Exhibit 1
Page 4 of 6

B. Alternative Dispute Resolution. [D.Ak.LR 16.2]

  __X__ This matter is not considered a candidate for court-annexed alternative dispute resolution.

  ___ The parties will file a request for alternative dispute resolution not later than **N/A**

C. The parties ___ do **X** **do not** consent to trial before a magistrate judge.

D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

  ___ All parties have complied    __X__ Compliance not required by any party

7. **Trial.**

  A. The matter will be ready for trial:

   ___ 45 days after the discovery close date.

   __X__ not later than **6/2/08**

  B. The matter is expected to take **3** days to try.

  C. Jury Demanded: __X__ Yes ___ No

   Right to jury trial disputed? ___ Yes __X__ No

Scheduling and Planning Conference Report
*Winterrowd v. Nelson, et al.*
3:02-cv-00097-JKS
Page 4 of 5

Exhibit 1
Page 5 of 6

DATED this _____ day of May, 2007, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

By: _____
Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Stephanie_Galbraith@law.state.ak.us
Alaska Bar No. 8911063

DATED this _____ day of May, 2007, at Knik, Alaska.

By: _____
Ralph Kermit Winterrowd II, Pro Se
Plaintiff
P.O. Box 877109
Knik, Alaska 99687
Phone: (907) 357-8003
Fax:    (907) 357-8007

CERTIFICATE OF SERVICE

This is to certify that on this date,
a copy of the foregoing
Scheduling and Planning Conference Report
is being mailed to:

Ralph K. Winterrowd, 2nd
P.O. Box 877109
Knik, AK 99687

_____
Heather R. Hebdon        Date

Scheduling and Planning Conference Report
*Winterrowd v. Nelson, et al.*
3:02-cv-00097-JKS
Page 5 of 5

Exhibit 1
Page 6 of 6