TALIS J. COLBERG
ATTORNEY GENERAL

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
(907) 269-5190

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH KERMIT WINTERROWD, 2ND,)<br>)<br>          Plaintiff,    )<br>)<br>vs.                      )<br>)<br>BRAD L. NELSON, ET AL.,   )<br>)<br>          Defendants.  )<br>                         )  | Case No.: 3:02-cv-00097-JKS<br><br>**SCHEDULING AND PLANNING<br>CONFERENCE REPORT** |

**1. Meeting.** In accordance with F.R.Civ.P. 26(f), a meeting was held on and was attended by: **The parties conferred through correspondence.**

  **Ralph Winerrowd**, Pro Se

  **Stephanie Galbraith Moore**, attorney for defendants

  The parties recommend the following:

**2. Pre-Discovery Disclosures.** The information required by F.R.Civ.P. 26(a)(1):

    ___ have been exchanged by the parties

    _X_ will be exchanged by the parties by **8/31/07**

    ___ Proposed changes to disclosure requirements:

    Preliminary witness lists

       \_\_\_ have been exchanged by the parties

        **X** will be exchanged by the parties by **8/31/07**

**3. Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

    **Liability and Damages**

**4. Discovery Plan.** The parties jointly propose to the court the following discovery plan.

  A. Discovery will be needed on the following issues:

    **Liability and Damages**

  B. Disclosure or discovery of electronically stored information should be handled as follows:

  C. The parties have agreed to an order regarding claims of privilege or of protection as trial preparation material asserted after production as follows:

  D. All discovery commenced in time to be completed by **3/28/08**

  E. Limitations on Discovery.

     1. Interrogatories.

        **X** No change from Fed.R.Civ.P. 33(a)

        \_\_\_ Maximum of \_\_\_ by each party to any other party.

        Responses due in \_\_\_ days.

     2. Requests for Admissions.

        **X** No change from Fed.R.Civ.P. 36(a)

        \_\_\_ Maximum of \_\_\_ requests.

        Responses due in \_\_\_ days.

     3. Depositions.

        **X** No change from Fed.R.Civ.P. 30(a), (d).

        \_\_\_ Maximum of \_\_\_ depositions by each party.

          Depositions not to exceed \_\_\_ hours unless agreed to by all parties.

F. Reports from retained experts.

   **X** Not later than 90 days before the close of discovery subject to Fed.R.Civ.P 26(a)(2)(C).

   ___ Reports due:

   From plaintiff                     From defendant

G. Supplementation of disclosures and discovery responses are to be made:

   ___ Periodically at 60-day intervals from the entry of scheduling and planning order.

   **X** As new information is acquired, but not later than 60 days before the close of discovery.

H. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

   **X** 45 day prior to the close of discovery.

   ___ Not later than

**5. Pretrial Motions.**

   **X** No change from D.Ak. LR 16.1(c).

   The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

   **X** Motions to amend pleadings or add parties to be filed not later than **8/31/07**

   **X** Motions under the discovery rules must be filed not later than **4/18/08**

   **X** Motions in limine and dispositive motions must be filed not later than **5/2/08**

**6. Other Provisions:**

   A. **X** The parties do not request a conference with the court before entry of the scheduling order.

      ___ The parties request a scheduling conference with the court on the following issue(s):

    B. Alternative Dispute Resolution. [D.Ak.LR 16.2]

        **X** This matter is not considered a candidate for court-annexed alternative dispute resolution.

        ___ The parties will file a request for alternative dispute resolution not later than **N/A**

    C. The parties ___ do **X** **do not** consent to trial before a magistrate judge.

    D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

      ___ All parties have complied  **X** Compliance not required by any party

**7. Trial.**

    A. The matter will be ready for trial:

      ___ 45 days after the discovery close date.

      **X** not later than **6/2/08**

    B. The matter is expected to take **3** days to try.

    C. Jury Demanded: **X** Yes ___ No

      Right to jury trial disputed? ___ Yes **X** No

DATED this 5th day of June, 2007, at Anchorage, Alaska.

        TALIS J. COLBERG
        ATTORNEY GENERAL

      By:

        Gilman Dana S. Burke
        Assistant Attorney General
        Office of the Attorney General
        1031 W. 4th Ave., Ste. 200
        Anchorage, AK 99501
        Phone: (907) 269-5190
        Fax: (907) 258-0760
        Dana_Burke@law.state.ak.us
        TWC_ECF@law.state.ak.us
        Alaska Bar No. 9011085


DATED this _____ day of June, 2007, at Knik, Alaska.


      By: _____
        Ralph Kermit Winterrowd II, Pro Se
        Plaintiff
        P.O. Box 877109
        Knik, Alaska 99687
        Phone: (907) 357-8003
        Fax: (907) 357-8007


CERTIFICATE OF SERVICE

This is to certify that on this date,
a copy of the foregoing
Scheduling and Planning Conference Report
is being mailed to:

Ralph K. Winterrowd, 2nd
P.O. Box 877109
Knik, AK 99687

s/ Gilman Dana S. Burke   6/05/07


Scheduling and Planning Conference Report
*Winterrowd v. Nelson, et al.*
3:02-cv-00097-JKS
Page 5 of 5