Ralph Kermit Winterrowd 2nd
P.O. Box 877109
Wasilla,
Alaska territory
The United States of America [99687]
(907) 357-8003



RECEIVED
JUN 08 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

The United States of America

The United States

District of Alaska

District Court of the United States

Ralph Kermit Winterrowd 2nd
*Plaintiff*,

*versus*.

BRAD L. NELSON *et seq*.
*Defendants*

Case 3:02-cv-0097

Notice of Change of Address

***Comes now***, Ralph Kermit Winterrowd 2nd with this Notice of Change of Address. I have been using "Knik" for many years, but the United States Postal Service, for reasons unknown to me will either delay the delivery or return the mail to the sender unless I use "Wasilla" for the contract post office, therefore the following USPS address should be used, to wit:

Ralph Kermit Winterrowd 2nd
P.O. Box 877109
Wasilla,
Alaska territory
The United States of America [99687]
(907) 357-8003 phone
(907) 357-8007 Fax
ralph@jusbelli.com

My Hand,

Ralph Kermit Winterrowd 2nd

**Certification:**
I, hereby certify that this document was mailed first class via USPS to the following party, to wit:

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
907-269-5190 phone
907-258-0760 fax
Stephanie_Galbraith@law.state.ak.us

Date: June 8, 2007

/s/
Ralph Kermit Winterrowd 2nd