

Ralph Kermit Winterrowd 2nd
c/o P.O. Box 877109
Wasilla,
Alaska territory
The United States of America [99687]
(907) 357-8003

## The United States of America

## The United States

## District of Alaska

## District Court of the United States

Ralph Kermit Winterrowd 2nd
*Plaintiff*,

*versus*.

BRAD L. NELSON *et seq.*
*Defendants*

### Case 3:02-cv-0097
### Scheduling and Planning Conference Report

1.   **Meeting.**   In accordance with Federal Rules of Civil Procedure ("FRCP") 26(f), a meeting was held on and was attended by: **The parties conferred through correspondence.**

**Ralph Kermit Winterrowd 2nd**, *in propria persona*

**Stephanie Galbraith Moore**, Attorney for the Defendants.

The parties recommend the following:

2.   **Pre-Discovery Disclosures.**   The information required by FRCP 26(a)(1):

_____ have been exchanged by the parties

__X__ will be exchanged by the parties **8/31/07**

_____ Proposed changes to disclosure requirements:

Preliminary witness lists:

      _____ have been exchanged by the parties

      __X__ will be exchanged by the parties by **8/31/07**

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

    **Including, but not limited to Probable Cause, Authority as public Officers of any of the several States, Liability and Damages, Excessive Force, First Aggressor, Refused to go to Court on the Citation, Registration and Driver License.**

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

A.   Discovery will be needed on the following issues:

    **Including, but not limited to Probable Cause, Authority as public Officers of any of the several States, Liability and Damages, Excessive Force, First Aggressor, Refused to go to Court on the Citation, Registration and Driver License.**

B.   Disclosure or discovery of electronically stored information should be handled as follows:

C.   The parties have agreed to an order regarding claims of privilege or of protection as trial preparation material asserted after production as follows:

D.   All discovery commenced in time to be completed by **3/28/08**.

E.   Limitation on Discovery.

    1.   Interrogatories.

        __X__ No change from FRCP 33(a)

        _____ Maximum of _____ by each party to any other party.

        Responses due in \_\_\_\_ days.

    2.   Requests for Admissions.

        __X__ No change from FRCP 36(a)

        _____ Maximum of _____ requests

        Responses due in \_\_\_\_ days.

    3.   Depositions.

         _X_ No change from FRCP 30(a),(d)

         _____ Maximum of _____ requests

     Deposition not to exceed ____ hours unless agreed to by all parties.

F.    Reports from retain experts.

         _X_ Not later than 90 days before the close of discovery subject to FRCP 26(a)(2)(C).

         _____ Reports Due:

     From Plaintiff:                From Defendant:

G.    Supplementation of disclosures and discovery responses are to be made:

         _____ Periodically at 60-day intervals from the entry of scheduling and planning order.

         _X_ As new information is acquired, but not later than 60 days before the close of discovery.

H.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

         _X_ 45 days prior to the close of discovery

         _____ Not later than

5. **Pretrial Motions.**

     _X_ No change from D.Ak.LR 16.1(c).

     The following changes to D.Ak.LR 16.1(c) [Check and complete all that apply]

     _X_ Motions to amend pleadings or add parties to be filed not later that **8/31/07**

     _X_ Motions under the discovery rules must be filed not later that **4/18/08**.

     _X_ Motion in limine and dispositive motions must be filed no later than **5/2/08**.

6. **Other Provisions:**

    A.     _X_ The parties do not request a conference with the court before entry of the scheduling order.

         _____ The parties request a scheduling conference with the court on the following issue(s).

    B.     Alternative Dispute Resolution [D.Ak.LR 16.2]

      __X__ This matter is not considered a candidate for court-annexed alternative dispute resolution.

      _____ The parties will file a request for alternative dispute resolution not later than **N/A.**

C.    The parties ___ do __X__ do not consent to trial before a magistrate judge.

D.    Compliance with the Disclosure Requirements of FRCP 7.1

      _____All parties have complied __X__ Compliance not required by any party.

7. **Trial.**

A.    The matter will be ready for trial:

      _____ 45 day after the discovery close date.

      __X__ Not later than **6/2/08.**

B.    The matter is expected to take **3** days to try.

C.    Jury Demanded: __X__ Yes _____ No

      Right to jury trial disputed? _____ Yes __X__ No.

By: *[signature: Ralph Kent Winterrowd]*

Ralph Kermit Winterrowd 2nd
Plaintiff
c/o P.O. Box 877109
Wasilla,
Alaska territory
The United States of America [99687]
(907) 357-8003 phone
(907) 357-8007 fax

Certification:
I certify that a copy of this
Scheduling and Planning Conference Report
was mailed to the following:

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
907-269-5190 phone
907-258-0760 fax
Stephanie_Galbraith@law.state.ak.us

Date:   June 8, 2007

          /s/
Ralph Kermit Winterrowd 2nd