# STATE OF ALASKA

**DEPARTMENT OF LAW**

*OFFICE OF THE ATTORNEY GENERAL*

SARAH PALIN, GOVERNOR

1031 WEST 4TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-5903
PHONE: (907)269-5190
FAX: (907)258-0760

July 20, 2007

Ralph Winterrowd, 2nd
P.O. Box 877109
Wasilla, AK 99687

    RE:    *Winterrowd v. Nelson, et al.*
            Case No.: 3:02-cv-00097-JKS
            AGO No: 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

Dear Mr. Winterrowd:

    This follows up our telephone meeting regarding a joint statement of issues. Based on that discussion, it appears that we do not necessarily agree on the statement of issues. From the defense perspective, the issues in this case are 1) whether plaintiff can prove liability for excessive force and 2) plaintiff's damages, if any.

    The defendants do not dispute that the parties will be entitled to discovery related to these key issues. I interpret many of your concerns regarding the issues to relate to the type of discovery that would be appropriate. However, if you believe the specific issues to be decided should be stated differently, please prepare your statement and attach this letter to your filing in order to comply with the court's order that we file a "joint statement of issues."

    Thank you for your cooperation in this matter.

                        Sincerely,

                        TALIS J. COLBERG
                        ATTORNEY GENERAL

                        By: _____
                           Stephanie Galbraith Moore
                           Assistant Attorney General

SGM/hrh

*Attachment 1* (handwritten)