Ralph Kermit Winterrowd 2nd
P.O. Box 877109
Wasilla,
Alaska territory
The United States of America [99687]
(907) 357-8003, (907) 357-8007 Fax
ralph@jusbelli.com



RECEIVED
JUL 23 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# The United States of America

# The United States

# District of Alaska

# District Court of the United States

Ralph Kermit Winterrowd 2nd

*Plaintiff,*

*versus.*

BRAD L. NELSON, Individually; and,
JOHN R. CYR, Individually; and,
JORGE A. SANTIAGO; and,
ROBERT M. BATY, Individually; and,
LEVITICUS WASHINGTON, Individually; and,
MICHAEL E. BURKMIRE, Individually; and,
SUCESSOR TO GLEN GODFREY, being DEL SMITH Individually; and,
VANCE PERONTO, Individually; and,
DENNIS E. CASANOVAS, Individually; and,
JOHN DOES 1-20

*Defendants,*

Case No. A02 – 0097-CI  (JKS)

**Motion for the Extension of Time on Docket 85 ORDER**

Comes now Ralph Kermit Winterrowd 2nd ("Winterrowd") with this Motion for the Extension of Time on Docket 85 ORDER as to preliminary issues for this instant Case.

As per **Attachment 1**, being the letter e-mailed to Stephanie Galbraith Moore of the State of Alaska's AG's Office, I left a message for Ms. Moore on July 16, 2007 and spoke to her on the telephone on July 17, 2007. I was unable to follow up with preliminary issues do to jumping from a 5 foot window and landing on my hip replacement leg with the result of the hip replacement being expelled from the artificial socket and then returning to the socket.

I have been bed-ridden for several days with Ibuprofen and water to survive my ill-advised attempt at youth long past evidently.

So, I am motioning this Court for a extension until July 27, 2007 for Ms. Moore and myself to agree or probably agree to disagree on the issues. I have attached some in the **Attachment 1**.

My Hand,

*/s/ Ralph Kermit Winterrowd*

**Certification:**
I hereby certify that I have mailed via the USPS first class this document to the following parties, to wit:

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
907-269-5190

Date July 23, 2007
/s/ Ralph Kermit Winterrowd 2nd