# The United States of America

# The United States

# District of Alaska

# District Court of the United States

Ralph Kermit Winterrowd 2nd

*Plaintiff,*

*versus.*

BRAD L. NELSON, Individually; and,
JOHN R. CYR, Individually; and,
JORGE A. SANTIAGO; and,
ROBERT M. BATY, Individually; and,
LEVITICUS WASHINGTON, Individually; and,
MICHAEL E. BURKMIRE, Individually; and,
SUCESSOR TO GLEN GODFREY, being DEL SMITH Individually; and,
VANCE PERONTO, Individually; and,
DENNIS E. CASANOVAS, Individually; and,
JOHN DOES 1-20

*Defendants,*

Case No. A02 – 0097-CI (JKS)

It is hereby ORDERED that the ORDER at Docket 85 on the date of preliminary issues to be agreed upon the parties is extended to July 27, 2007.

_____
Judge Singleton