Ralph Kermit Winterrowd 2nd
P.O. Box 877109
Wasilla,
Alaska territory
The United States of America [99687]
(907) 357-8003



**The United States of America**

**The United States**

**District of Alaska**

**District Court of the United States**

Ralph Kermit Winterrowd 2nd
*Plaintiff,*

*versus.*

BRAD L. NELSON *et seq.*
*Defendants*

**Case 3:02-cv-0097 (JKS)**

**Notice to the Court**

*Comes now*, Ralph Kermit Winterrowd 2nd ("Winterrowd") with this Notice to the Court as to Docket #88. Winterrowd has been unable to date to locate the information that was proffered by Judge Singleton in Docket #88. It was found on the USDC homepage, but the links do not work and no such item exists that Winterrowd could find on the 9th Circuit home page.

Suggestions as to where these could be located on the Internet would appreciated with the possibility that the USDC's home page will become functional again containing the information in Docket #88.

Notice to Court                                    Page 1 of 2

My Hand,

*Ralph Kent Winterrowd 2nd*

**Certification:**

I, hereby certify that this document was mailed first class via USPS or delivered personally to the following party, to wit:

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave. , Suite 200
Anchorage, Alaska 99501
907-269-5190 phone
907-258-0760 fax
Stephanie_Galbraith@law.state.ak.us

Date:   September 7, 2007

           /s/
Ralph Kermit Winterrowd 2nd

Notice to Court                    Page 2 of 2