Ralph Kermit Winterrowd 2nd
P.O. Box 877109
Wasilla,
Alaska territory
The United States of America [99687]
(907) 357-8003

RECEIVED
SEP 0 7 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

The United States of America

The United States

District of Alaska

3:02-CV-00097 JKS

District Court of the United States

Ralph Kermit Winterrowd 2nd

*Plaintiff,*

*versus.*

BRAD L. NELSON *et seq.*

*Defendants*

### Notice to Stephanie Galbraith Moore on Lack of Rule 26(a)(1) Initial Disclosures

***Comes now***, Ralph Kermit Winterrowd 2nd ("Winterrowd") with this Notice to Stephanie Galbraith Moore ("Moore") on Lack of Rule 26(a)(1) Initial Disclosures.

The following items ***have not been provided*** to Winterrowd by Moore under the Defendants' Rule 26(a)(1) Initial Disclosures, to wit:

1. Documents identified as RW1 through RW 171 by Moore.

2. The complete *unedited tape* of the traffic stop.

3. All of the memos, papers, videos, and other documents concerning Winterrowd that the parties listed below have used in this instant Case and against Winterrowd leading up to the excessive force by Nelson and others.

Plaintiff's Initial Discovery          Page 1 of 4

4.   The APSIN information on danger warning put into the computer with parties identified that entered same, reason for entry and text of same.

5.   The party that Trooper Brad L. Nelson was talking to when I was in his trooper car has not been identified, the cellular records and other communication that Trooper John Cyr had as I was proceeding peacefully into Wasilla close to Cyr.

6.   All of the cellular and tape records of all of the parties in this instant case have not been provided.

7.   All of the incidents, reports, evaluations, and plus incidents of other excessive force for each of the defendants has not been provided.

8.   All of the qualifications of each of the defendants has not been provided as to training, Oath of Office as public Officers, Civil Commissions, Trooper graduation documents and training, the Use of Force in this instant Case, the rules of engagement in this instant case, the rules of used when attempting to drive Winterrowd off of the road concerning a mere purported traffic stop, the legal duty and probable cause for traffic stop.

9.   The documents that support the lack of prosecution, the towing documents and authority for same of Winterrowd's private property.

10.   The insurance policies that cover the Troopers, noting that Winterrowd has filed in a separate document wherein the Public Safety Commissioner is mandated by Alaska Statute to provide an Official Bond for all troopers. Moore states that no insurance agreements are relevant, which isn't correct.

The names of the parties that have initial discovery under Rule 26 *supra.* are as follows:

1.   Captain Casanovas
453 South Valley Way
Palmer, Alaska 99545
907-745-2131

2.   Roman J. Kalytiak, DA
11921 Palmer Wasilla Highway, Suite 100
Wasilla, Alaska 99645
907-745-5027
907-745-7587 Fax

3.   Trooper Brad L. Nelson
c/o AG's Office

Plaintiff's Initial Discovery                Page 2 of 4

1031 W. 4th Avenue Suite 200
Anchorage, Alaska 99501
907-269-5190
*Defendant*

4.  Sgt. Robert M. Baty
c/o AG's Office
1031 W. 4th Avenue Suite 200
Anchorage, Alaska 99501
907-269-5190
*Defendant*

5.  Trooper John R. Cyr.
c/o AG's Office
1031 W. 4th Avenue Suite 200
Anchorage, Alaska 99501
907-269-5190
*Defendant*

6.  Trooper Robert French
453 South Valley Way
Palmer, Alaska 99645
907-746-9135

7.  Trooper Jorge A. Santiago
Address unknown
*He is a client of the AG's and
Has no address?*
*Defendant*

My Hand,

Ralph Kent Winterrowd II

**Certification:**

I, hereby certify that this document was mailed first class via USPS or delivered personally to the following party, to wit:

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave. , Suite 200
Anchorage, Alaska 99501
907-269-5190 phone
907-258-0760 fax
Stephanie_Galbraith@law.state.ak.us


Date:  September 7, 2007
/s/ Ralph Kermit Winterrowd 2nd