Case 3:02-cv-00097-JKS  Document 94  Filed 09/07/2007  Page 1 of 3

Ralph Kermit Winterrowd 2nd
P.O. Box 877109
Wasilla,
Alaska territory
The United States of America [99687]
(907) 357-8003



3:02-cv-00097 JKS

**The United States of America**

**The United States**

**District of Alaska**

**District Court of the United States**

Ralph Kermit Winterrowd 2nd

*Plaintiff*,

*versus*.

BRAD L. NELSON *et seq*.

*Defendants*

**Plaintiff's Rule 26(a)(1) Initial Disclosures**

 ***Comes now***, Ralph Kermit Winterrowd 2nd ("Winterrowd") with this Plaintiff's Rule 26(a)(1) Initial Disclosures.

 The names of the parties that may have information in this instant Case as presently known, to wit:

1.  Ralph Kermit Winterrowd 2nd
   P.O. Box 877109
   Wasilla, Alaska [99687]
   907-357-8003
   *Plaintiff*

2.  Kim Stephanie Fitzgerald
   P.O. Box 877357
   Wasilla, Alaska 99687
   907-373-5126

Plaintiff's Initial Discovery    Page 1 of 3

      *Plaintiff's ex-wife*

3.    Captain Casanovas
   453 South Valley Way
   Palmer, Alaska 99545
   907-745-2131

4.    Roman J. Kalytiak, DA
   11921 Palmer Wasilla Highway, Suite 100
   Wasilla, Alaska 99645
   907-745-5027
   907-745-7587 Fax

5.    Trooper Brad L. Nelson
   c/o AG's Office
   1031 W. 4th Avenue Suite 200
   Anchorage, Alaska 99501
   907-269-5190
   *Defendant*

6.    Sgt. Robert M. Baty
   c/o AG's Office
   1031 W. 4th Avenue Suite 200
   Anchorage, Alaska 99501
   907-269-5190
   *Defendant*

7.    Trooper John R. Cyr.
   c/o AG's Office
   1031 W. 4th Avenue Suite 200
   Anchorage, Alaska 99501
   907-269-5190
   *Defendant*

8.    Trooper Robert French
   453 South Valley Way
   Palmer, Alaska 99645
   907-746-9135

9.    Trooper Jorge A. Santiago
   Address unknown
   *He is a client of the AG's and*
   *Has no address?*
   *Defendant*

All documents that Winterrowd has have already been supplied to Stephanie Galbraith Moore ("Moore"), being the person that checked Winterrowd's problems.\

My Hand,

*[signature: Ralph Kent Winterrowd 2]*

**Certification:**
I, hereby certify that this document was mailed first class via USPS or delivered personally to the following party, to wit:

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
907-269-5190 phone
907-258-0760 fax
Stephanie_Galbraith@law.state.ak.us


Date:   September 7, 2007

/s/ Ralph Kermit Winterrowd 2nd