TALIS J. COLBERG
ATTORNEY GENERAL

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
(907) 269-5190

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| RALPH KERMIT WINTERROWD, 2ND | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 3:02-cv-00097-JKS |
| BRAD L. NELSON, ET AL., | ) | |
| | ) | **MOTION TO STRIKE** |
| Defendants. | ) | **PLEADING** |
| | ) | |

Defendants move to strike plaintiff Ralph Winterrowd's pleading entitled "Action on Official Bond under Alaska Statute 39.15 *et seq.*, Alaska Statute 22.20.1360 including Alaska Statutes 22.20 *et seq.* of Walt Monegan, Commissioner."  While the purpose of this pleading is unclear, it is clear that it has no bearing on plaintiff's excessive force claim.  This court has previously addressed Mr. Winterrowd's claims relating to bonds and oaths of office in its order dated August 23, 2004 at docket 65, p. 6 at n. 4.  Among other things, the court noted that "AS 22.20.130 requires a Commissioner to be bonded but does not require the troopers themselves to be."  This is a § 1983 civil rights action against

individual troopers.  Winterrowd fails to explain the relevancy of a bond to his claims and

fails to cite authority that troopers themselves are required to be officially bonded.

In sum, Mr. Winterrowd's pleading is confusing and irrelevant and defendants

respectfully request that this court strike the pleading and any relief sought and instruct Mr.

Winterrowd to refrain from filing pleadings relating to bonds.

DATED this 13th day of September, 2007, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

By:    s/ Stephanie Galbraith Moore
       Assistant Attorney General
       Office of the Attorney General
       1031 W. 4th Ave., Ste. 200
       Anchorage, AK 99501
       Phone: (907) 269-5190
       Fax:    (907) 258-0760
       Stephanie.Galbraith@alaska.gov
       Alaska Bar No. 8911063

CERTIFICATE OF SERVICE

This is to certify that on this date,
a copy of the foregoing
MOTION TO STRIKE PLEADING
is being served via U.S. Mail on:

Ralph K. Winterrowd, 2nd
P.O. Box 877109
Wasilla, AK 99687
s/ Stephanie Galbraith Moore     9/13/07