TALIS J. COLBERG
ATTORNEY GENERAL

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
(907) 269-5190

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH KERMIT WINTERROWD, 2ND ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRAD L. NELSON, ET AL., ) <br> ) <br> Defendants. ) <br> _____) | Case No.: 3:02-cv-00097-JKS <br><br> **PROPOSED ORDER** |

Defendants motion to strike pleading entitled "Action on Official Bond under Alaska Statute 39.15 *et seq.*, Alaska Statute 22.20.1360 including Alaska Statutes 22.20 *et seq.* of Walt Monegan, Commissioner" is GRANTED.

Dated: _____                          _____
                                                James K. Singleton
                                                US. District Court Judge

This is to certify that on this date,
a copy of the foregoing
PROPOSED ORDER
is being served via U.S. Mail on:

Ralph K. Winterrowd, 2nd
P.O. Box 877109
Wasilla, AK 99687
s/ Stephanie Galbraith Moore        9/13/07