USPS Domestic Return Receipt (PS Form 3811, February 2004)

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Walt Monegan, Comm.
5700 E. Tudor Rd.
Anchorage, Alaska 99507

2. Article Number (Transfer from service label): 7193 459 59 945

COMPLETE THIS SECTION ON DELIVERY

A. Signature: X _____ (Agent / Addressee)
B. Received by (Printed Name): Walt Monegan
C. Date of Delivery: 9-10-07
D. Is delivery address different from item 1? ☐ Yes / ☐ No

3. Service Type:
☐ Certified Mail  ☐ Express Mail
☒ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

RESTRICTED DELIVERY

4. Restricted Delivery? (Extra Fee) ☒ Yes

102595-02-M-1540

Attachment 1