Ralph Kermit Winterrowd 2nd
P.O. Box 877109
Wasilla,
Alaska territory
The United States of America
(907) 357-8003, 907-355-8304 Cellular, 907-357-8007 Fax

RECEIVED
MAR 13 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# The United States of America

# The United States

# District of Alaska

# District Court of the United States

Ralph Kermit Winterrowd 2nd

*Plaintiff,*

*versus.*

BRAD L. NELSON, Individually; and,
JOHN R. CYR, Individually; and,
JORGE A. SANTIAGO; and,
ROBERT M. BATY, Individually; and,
LEVITICUS WASHINGTON, Individually; and,
MICHAEL E. BURKMIRE, Individually; and,
SUCESSOR TO GLEN GODFREY, being DEL SMITH Individually; and,
VANCE PERONTO, Individually; and,
DENNIS E. CASANOVAS, Individually; and,
JOHN DOES 1-20

Case No. A02 -- 0097-CI (JKS)

**Motion to Extend Discovery Date**

Comes now Ralph Kermit Winterrowd 2nd with this Motion to Extend the Discovery Date from closing on March 28, 2008 until July 28, 2008. The Defendants and the Plaintiff are having difficulty at this time with providing discovery and setting up depositions due to different problems. Brad Nelson's discovery is so broad and the

information requested may have to be limited upon Motion, but there is valid background information that is also important on traffic stops with these different parties. Also the person that I saw on the medial problem is no longer in Alaska and communication with her now is still non-existent, which is also important for this Case – still working on this issue.

Winterrowd has waited for over seven years from the start of this Case, so it is quite apparent that the only damage is to the Plaintiff for any delays, but the extension of discovery is in the interest of justice and Due Process of Law to the Plaintiff.

The Plaintiff does not wish to involve the Court at this time, although there is a good possibility that future intervention will be required with the likelihood of requiring going to 9th Circuit for resolution of discovery issues with the Defendants.

Therefore, the Plaintiff motion this Court for an extension of four (4) months for the Discovery closing date from March 28 until July 28, 2008 with all other dates being adjusted as required by the four month extension.

My hand,

Ralph Kent Winterrowd 2nd

Certificate of Service:
I certify that I have mailed via USPS first
class this document to the following parties,
to wit:

Stephanie Galbraith Moore
Assistant Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, Alaska 99501
907-269-5190
Date 03/12/08

_____
Signature

Motion to Extend Discovery Time    Page 2 of 2

Winterrowd
P.O. Box 877709
Wasilla, AK 99687

ATTN:
Clerk b
Court 3#7500

USDC
Federal Bldg
222 W. 7th Avenue
Anchorage, Alaska 99513

ANCHORAGE AK 995
12 MAR 2008 PM 1
USA 41