The United States of America

The United States

District of Alaska

District Court of the United States

Ralph Kermit Winterrowd 2nd

*Plaintiff,*

*versus.*

BRAD L. NELSON, Individually; and,
JOHN R. CYR, Individually; and,
JORGE A. SANTIAGO; and,
ROBERT M. BATY, Individually; and,
LEVITICUS WASHINGTON, Individually; and,
MICHAEL E. BURKMIRE, Individually; and,
SUCESSOR TO GLEN GODFREY, being DEL SMITH Individually; and,
VANCE PERONTO, Individually; and,
DENNIS E. CASANOVAS, Individually; and,
JOHN DOES 1-20

Case No. A02 – 0097-CI  (JKS)

ORDER

The Discovery Closing Date is here extended by four months from March 28, 2008 to July 28, 2008.

_____
Judge Singleton

RECEIVED MAR 13 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA