TALIS J. COLBERG
ATTORNEY GENERAL

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
(907) 269-5190

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH KERMIT WINTERROWD, 2ND )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRAD L. NELSON, ET AL., )<br>)<br>Defendants. )<br>_____ ) | Case No.: 3:02-cv-00097-JKS<br><br>**NON-OPPOSITION TO MOTION TO EXTEND DISCOVERY DEADLINE** |

     Defendants have had difficulty obtaining complete written discovery responses from plaintiff and have had difficulty scheduling his deposition. For this reason, and without agreeing that defendants' discovery responses are in any way deficient, defendants do not oppose plaintiff's motion to extend the discovery deadline in this case.

DATED this 18th day of March, 2008, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

By: s/ Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Stephanie.Galbraith@alaska.gov
Alaska Bar No. 8911063

CERTIFICATE OF SERVICE

This is to certify that on this date,
a copy of the foregoing
[NON-OPPOSITION TO MOTION TO
EXTEND DISCOVERY DEADLINE]
is being served via U.S. Mail on:

Ralph K. Winterrowd, 2nd
P.O. Box 877109
Wasilla, AK 99687
s/ Stephanie Galbraith Moore     3/18/08

Non-Opposition to Mtn to Extend Discovery
*Winterrowd v. Nelson, et al.*
3:02-cv-00097-JKS
Page 2 of 2