IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH KERMIT WINTERROWD, II<br>　　　　　Plaintiff,<br>　vs.<br>BRAD L. NELSON, et al.,<br>　　　　　Defendants. | Case No. 3:02-cv-0097 (JKS)<br><br>O R D E R |

　　The unopposed (*see* Docket No. 99) motion to extend the discovery deadline to July 28, 2008, at Docket No. 98 is GRANTED.

　　Dated at Anchorage, Alaska, this 18th day of March 2008.

　　　　　　　　　　　　　　　　　　　　　　　　/s/James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　**JAMES K. SINGLETON, JR.**
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge