

RECEIVED
JUL 2 8 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

The United States of America

The United States

District of Alaska

District Court of the United States

Ralph Kermit Winterrowd 2nd

*Plaintiff,*

*versus.*

BRAD L. NELSON *et seq.*

*Defendants*

## ORDER

It is hereby ORDERED that the Defendants shall provide to the Plaintiff all of the Discovery that was due under Rule 26(a)(1) within two weeks.

And further, it is ORDERED that the Discovery will be extended until September 28 to assure the compliance of the Defendants with the discovery that has to date been withheld.

Other _____

_____

_____

_____
Judge Singleton