Ralph Kermit Winterrowd 2nd
P.O. Box 877109
Wasilla,
Alaska territory
The United States of America [99687]
(907) 357-8003

The United States of America
The United States

District of Alaska

District Court of the United States

Ralph Kermit Winterrowd 2nd

*Plaintiff,*

*versus.*

BRAD L. NELSON *et seq.*

*Defendants*

Case 3-02-cv-97

**Plaintiffs' Notice of Taking Videotaped Deposition of Robert Baty**

Please take notice that the deposition of Robert Baty will be taken on behalf of Ralph Kermit Winterrowd 2nd on August 15th, 2008 at 8:30 AM before R&R Court Reporting at 811 G Street in Anchorage, Alaska 99501. This will be an audio and videotaped deposition and will continue until completed. Expected time is four (4) hours. Dated July 28, 2008.

My Hand,

*[signature]*

Deposition                     Page 1 of 2                     Exhbr. 5
                                                                Page 1 of 2

**Certification:**

I, hereby certify that this document was mailed first class via USPS or delivered personally to the following party, to wit:

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
907-269-5190 phone
907-258-0760 fax
Stephanie_Galbraith@law.state.ak.us

Delivered to:
R & R Court Reporters
811 G Street
Anchorage, Alaska 99501
277-0572

Date: July 28, 2008

/s/ Ralph Kermit Winterrowd 2nd

Exhibit 5
Page 2 of 2

Ralph Kermit Winterrowd 2nd
P.O. Box 877109
Wasilla,
Alaska territory
The United States of America [99687]
(907) 357-8003

The United States of America
The United States

District of Alaska

District Court of the United States

Ralph Kermit Winterrowd 2nd

*Plaintiff,*

*versus.*

BRAD L. NELSON *et seq.*

*Defendants*

Case 3-02-cv-97

Plaintiffs' Notice of Taking Videotaped Deposition of Dennis Casanovas

Please take notice that the deposition of Dennis Casanovas will be taken on behalf of Ralph Kermit Winterrowd 2nd on August 15th, 2008 at 1:00 PM before R&R Court Reporting at 811 G Street in Anchorage, Alaska 99501. This will be an audio and videotaped deposition and will continue until completed. Expected time is four (4) hours. Dated July 28, 2008.

My Hand,

*[signature: Ralph Kermit Winterrowd]*

Deposition                Page 1 of 2                Exhibit 4
                                                     Page 1 of 2

**Certification:**

I, hereby certify that this document was mailed first class via USPS or delivered personally to the following party, to wit:

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
907-269-5190 phone
907-258-0760 fax
Stephanie_Galbraith@law.state.ak.us

Delivered to:
R & R Court Reporters
811 G Street
Anchorage, Alaska 99501
277-0572

Date:  July 28, 2008

/s/ Ralph Kermit Winterrowd 2nd

Exhibit 6
Page 2 of 2

Ralph Kermit Winterrowd 2nd
P.O. Box 877109
Wasilla,
Alaska territory
The United States of America [99687]
(907) 357-8003

The United States of America
The United States

District of Alaska

District Court of the United States

Ralph Kermit Winterrowd 2nd

*Plaintiff,*

*versus.*

BRAD L. NELSON *et seq.*

*Defendants*

Case 3-02-cv-97

**Plaintiffs' Notice of Taking Videotaped Deposition of John Cyr**

Please take notice that the deposition of John Cyr will be taken on behalf of Ralph Kermit Winterrowd 2nd on August 14th, 2008 at 1:00 PM before R&R Court Reporting at 811 G Street in Anchorage, Alaska 99501. This will be an audio and videotaped deposition and will continue until completed. Expected time is four (4) hours.

Dated July 28, 2008.

My Hand,

*[signature: Ralph K Winterrowd]*

Deposition                         Page 1 of 2                         Exhibit 7
                                                                       Page 1 of 2

Certification:

I, hereby certify that this document was mailed first class via USPS or delivered personally to the following party, to wit:

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
907-269-5190 phone
907-258-0760 fax
Stephanie_Galbraith@law.state.ak.us

Delivered to:
R & R Court Reporters
811 G Street
Anchorage, Alaska 99501
277-0572

Date: July 28, 2008

/s/ Ralph Kermit Winterrowd 2nd

Ralph Kermit Winterrowd 2nd
P.O. Box 877109
Wasilla,
Alaska territory
The United States of America [99687]
(907) 357-8003

The United States of America
The United States

District of Alaska

District Court of the United States

Ralph Kermit Winterrowd 2nd

*Plaintiff,*

*versus.*

BRAD L. NELSON *et seq.*

*Defendants*

Case 3-02-cv-97

**Plaintiffs' Notice of Taking Videotaped Deposition of Brad Nelson**

Please take notice that the deposition of Brad Nelson will be taken on behalf of Ralph Kermit Winterrowd 2nd on August 14th, 2008 at 8:30 AM before R&R Court Reporting at 811 G Street in Anchorage, Alaska 99501. This will be an audio and videotaped deposition and will continue until completed. Expected time is four (4) hours. Dated July 28, 2008.

My Hand,

*[signature]*

Deposition                    Page 1 of 2                    Exhibit 8
                                                             Page 1 of 2

**Certification:**

I, hereby certify that this document was mailed first class via USPS or delivered personally to the following party, to wit:

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
907-269-5190 phone
907-258-0760 fax
Stephanie_Galbraith@law.state.ak.us

Delivered to:
R & R Court Reporters
811 G Street
Anchorage, Alaska 99501
277-0572

Date: July 28, 2008

/s/ Ralph Kermit Winterrowd 2nd