TALIS J. COLBERG
ATTORNEY GENERAL

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
(907) 269-5190

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH KERMIT WINTERROWD, 2ND ) <br> ) <br> Plaintiff,       ) <br> ) <br> vs.            ) <br> ) <br> BRAD L. NELSON, ET AL.,   ) <br> ) <br> Defendants.       ) <br> _____) | Case No.: 3:02-cv-00097-JKS <br><br> **PROPOSED ENTRY OF PROTECTIVE ORDER** |

    Defendants' and Captain Casanovas' Motion for Entry of Protective Order denying Winterrowd's July 28, 2008 discovery requests and quashing notices of deposition is HEREBY GRANTED.

Dated: _____

                            _____
                            JAMES K. SINGLETON
                            U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

This is to certify that on this date,
a copy of the foregoing
PROPOSED ORDER
is being served via U.S. Mail on:

Ralph K. Winterrowd, 2nd
P.O. Box 877109
Wasilla, AK 99687
s/ Stephanie Galbraith Moore     8/12/08

Proposed Order
*Winterrowd v. Nelson, et al.*
3:02-CV-00097-JKS
Page 2 of 2