1

2

3

GREGG D. RENKES
4 | ATTORNEY GENERAL

5

Stephanie Galbraith Moore
6 | Assistant Attorney General
Office of the Attorney General
7 | 1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
8 | (907) 269-5190
Attorney for Defendants
9

10            IN THE UNITED STATES DISTRICT COURT

11               FOR THE DISTRICT OF ALASKA

12

13

RALPH KERMIT WINTERROWD, 2ND            )
14                                        )
                                          )
15          Plaintiff,                    )
                                          )
16          vs.                           ) Case No. A-02-0097 CI (JKS)
                                          ) **RULE 26(a)(1) INITIAL**
17   BRAD L. NELSON,                      ) **DISCLOSURES**
                                          ) **OF DEFENDANTS**
18                                        )
            Defendant.                    )
19   _____)

20

21          Defendants hereby make their initial disclosures under Federal R. Civ. P.

22   26(a)(1) as follows:

23          **A.      The factual basis of each defense:**

24          On April 21, 2000 Trooper Leviticus Washington stopped Mr.

25   Ralph Kermit Winterrowd II for a license plate requirement (driving a vehicle with

26

Rule 26(a) Initial Disclosures of Defendant State of Alaska | A-02-0097 Ci (JKS)
*Winterrowd v. Brad L. Nelson et al.*                    Page 1 of 7

Exhibit _____
Page ____ of __7__

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

unrecognizable plates and no registration). Further investigation revealed, according to an APSIN check, that Mr. Winterrowd was driving with a cancelled driver's license. A Uniform Summons and Complaint case #00-28145 for violation of AS.28.15.291(a) was issued to Mr. Winterrowd. The car was impounded. The case was dismissed at the arraignment hearing on May 2, 2000 according to Rule 43(a).

On April 30, 2000 Trooper Brad Nelson stopped Mr. Winterrowd for having homemade plates with no evidence of registration. Trooper Nelson escorted Mr. Winterrowd to the trooper vehicle to be interviewed. Trooper Nelson conducted a routine saftey check of Mr. Winterrowd before they entered the vehicle during which time Mr. Winterrowd abruptly turned toward Trooper Nelson requiring Trooper Nelson to use minimal force to briefly restrain Mr. Winterrowd. Mr. Winterrowd admitted that the vehicle was not registered with the State of Alaska. The vehicle's homemade plates were seized and vehicle was towed. Trooper Nelson issued a Uniform Citation T1129252 in violation of AS 28.10.451.

On May 28, 2002 Trooper Michael E. Burkmire issued Mr. Winterrowd Uniform Citation T1163340 in violation of AS 28.15.131, an offense of a license being carried and exhibited on demand and Uniform Citation T1163339 in violation of AS 28.10.461, an offense of failing to display (driving without evidence of registration).

On August 24, 2002, Trooper Vance Peronto issued Mr. Winterrowd Uniform Citation T1191388 in violation of AS 28.10.471, an offense of expired license

Rule 26(a) Initial Disclosures of Defendant State of Alaska    A-02-0097 Ci (JKS)
*Winterrowd v. Brad L. Nelson et al.*    Page 2 of 7

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Exhibit ___1___
Page ___2___ of ___7___

plates and registration. Also issued was Uniform Citation T1191389 in violation of AS

28.10.461 for failure to display license both license plates and Uniform Citation

T1191390 in violation of AS 28.15.131 an offense of a failure to display a driver's

license.

B.      The name, address and telephone number of each individual likely to
        have discoverable information relevant to disputed facts alleged with
        particularity in the pleadings, identifying the subjects of the
        information; and whether the attorney-client privilege applies:

Sgt. Robert M. Baty
C/O Attorney General's Office
1031 W. Dimond, #3
Anchorage, Alaska 99502
269-5100
Sgt. Baty is a defendant in this case.

Trooper Michael E. Burkmire
C/O Attorney General's Office
1031 W. Dimond, #3
Anchorage, Alaska 99502
269-5100
Officer Burkmire is a defendant in this case.

Captain Dennis Casanovas
C/O Attorney General's Office
1031 W. Dimond, #3
Anchorage, Alaska 99502
269-5100
Captain Casanovas is a defendant in this case.

Trooper John R. Cyr
C/O Attorney General's Office
1031 W. Dimond, #3
Anchorage, Alaska 99502

Exhibit 1
Page 3 of 7

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

269-5100
Officer Cyr is a defendant in this case.

Trooper Robert French
Department of Public Safety
453 S Valley Way
Palmer, Alaska 99645
(907) 746-9135
Trooper French will have information regarding the issues in this case.

Trooper Ronald Hayes
Department of Public Safety
453 S Valley Way
Palmer, Alaska 99645
(907) 746-9135
Officer Hayes may have information regarding the issues in this case.

Trooper Brad L. Nelson
C/O Attorney General's Office
1031 W. Dimond, #3
Anchorage, Alaska 99502
269-5100
Officer Nelson is a defendant in this case.

Trooper Vance Peronto
C/O Attorney General's Office
1031 W. Dimond, #3
Anchorage, Alaska 99502
269-5100
Officer Peronto is a defendant in this case.

Leviticus Washington
C/O Attorney General's Office
1031 W. Dimond, #3
Anchorage, Alaska 99502
269-5100
Officer Washington is a defendant in this case.

Exhibit 1
Page 4 of 7

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Trooper Jorge A. Santiago
C/O Attorney General's Office
1031 W. Dimond, #3
Anchorage, Alaska 99502
269-5100
Officer Santiago is a defendant in this case.

Del Smith (retired)
C/O Attorney General's Office
1031 W. Dimond, #3
Anchorage, Alaska 99502
269-5100
Del Smith is a defendant in this case.

Ralph Winterrowd
P.O. Box 877109
Knik, Alaska 99687
Mr. Winterrowd is the Plaintiff in this case.

Mrs. Ralph Winterrowd (former)
Address unknown
Former Mrs. Winterrowd is a witness to one or more of the events of this case.

C.      The name, address and telephone number of each individual who has
made a written or recorded statement and, unless the statement is
privileged or otherwise protected from disclosure, either:

Trooper Michael E. Burkmire
(See address above)

Trooper Robert French
(See address above)

Trooper Brad L. Nelson
(See address above)

Trooper Vance Peronto
(See address above)

Rule 26(a) Initial Disclosures of Defendant State of Alaska
Winterrowd v. Brad L. Nelson et al.          A-02-0097 Ci (JKS)

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Exhibit 1
Page 5 of 7

1

2

3

4    Leviticus Washington
     (See address above)
5

6    **/X/ a copy of the statement or**
     **/ / the name, address and telephone number of the**
7    **custodian:**

8    (Please see "D" below)

9

     D.    /x_/ a copy of, or / / a description by category and location of, all
10         documents, data compilations, and tangible things that are relevant to
           disputed facts alleged with particularity in the pleadings:
11

12         Attached are documents numbered RW 1 through RW 171.
13

     E.    **All photographs, diagrams, and videotapes of persons, objects, scenes**
14         **and occurrences that are relevant to disputed facts alleged with**
           **particularity in the pleadings:**
15

16
           A copy of the transcription of an audio tape of the April 30, 2000 stop will
17
           be provided when it is received by this office.
18

     F.    **Each insurance agreement under which any person carrying on an**
19         **insurance business may be liable to satisfy part of all of a judgement**
           **which may be entered in the action or to indemnify or reimburse for**
20         **payments made to satisfy the judgement:**

21
           There are no insurance agreements relevant to this case.
22

     G.    **All categories of damages claimed by the disclosing party, and a**
23         **computation of each category of special damages, making available**
           **for reinspection and copying as under Rule 34 the documents or other**
24         **evidentiary material, not privileged or protected from disclosure, on**
           **which such claims are based, including materials bearing on the**
25         **nature and extent of injuries suffered:**

26

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Rule 26(a) Initial Disclosures of Defendant State of Alaska    A-02-0097 Ci (JKS)
*Winterrowd v. Brad L. Nelson et al.*                          Exhibit ___    Page 6 of 7

                                                               ___ 6 of 7

/x/ or not applicable to defendant(s).

DATED this ___/___ day of April, 2003 at Anchorage, Alaska.

GREGG D. RENKES
ATTORNEY GENERAL

By: _____
Stephanie Galbraith Moore
Assistant Attorney General
Alaska Bar No. 8911063

This is to certify that on
this date, a copy of the
foregoing is being mailed to:

RALPH K WINTERROWD 2nd
P O BOX 877109
KNIK  AK  99687

_____   4/1/03
Barbara M. Pauli          Date

Exhibit ___1___
Page ___7___ of ___7___

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Rule 26(a) Initial Disclosures of Defendant State of Alaska   A-02-0097 Ci (JKS)
Winterrowd v. Brad L. Nelson et al.                           Page 7 of 7

TALIS J. COLBERG
ATTORNEY GENERAL

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
(907) 269-5190

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RALPH KERMIT WINTERROWD, 2ND )
                                     )
                Plaintiff,           )
                                     )
        vs.                          )
                                     )        Case No.: 3:02-cv-00097-JKS
BRAD L. NELSON, ET AL.,              )
                                     )        **DEFENDANTS' RULE 26(a)(1)**
                Defendants.          )        **INITIAL DISCLOSURES**
_____)

        Defendants hereby make their initial disclosures under Federal Rule of Civil

Procedure 26(a)(1) as follows:

        **A.**      **The factual basis of each defense:**

        Defendants incorporate by reference the facts set forth in their motion for

summary judgment on plaintiff's excessive force claim.

Exhibit 2

Page 1 of 4

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

B.    The name, address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information; and whether the attorney-client privilege applies:

1.    Sgt. Robert M. Baty
      c/o Attorney General's Office
      1031 W. 4th Ave. Suite 200
      Anchorage, Alaska 99501
      (907) 269-5190
      Sgt. Baty is a defendant in this case.
      *Attorney/Client privilege*

2.    Trooper John R. Cyr
      c/o Attorney General's Office
      1031 W. 4th Ave. Suite 200
      Anchorage, Alaska 99501
      269-5190
      Officer Cyr is a defendant in this case.
      *Attorney/Client privilege*

3.    Trooper Robert French
      Department of Public Safety
      453 S Valley Way
      Palmer, Alaska 99645
      (907) 746-9135
      Trooper French was present during the stop of Winterrowd as a field training officer for Trooper Santiago.
      *Attorney/Client privilege*

4.    Trooper Brad L. Nelson
      c/o Attorney General's Office
      1031 W. 4th Ave. Suite 200
      Anchorage, Alaska 9950
      269-5190
      Officer Nelson is a defendant in this case.
      *Attorney/Client privilege*

5.    Trooper Jorge A. Santiago
      Address unknown
      Officer Santiago is a defendant in this case.
      *Attorney/Client privilege*

Def's Rule 26(a) Initial Disclosures
*Winterrowd v. Brad L. Nelson et al.*
Case No. 3:02-cv-00097-JKS
Page 2 of 4

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100



Exhibit 2
Page 2 of 4

6.     Ralph Winterrowd
P.O. Box 877109
Wasilla, AK 99687
(907) 357-8003
Mr. Winterrowd is the plaintiff in this case.

7.     Mrs. Ralph Winterrowd (former)
Address unknown
Former Mrs. Winterrowd is a witness to one or more of the events of
this case.

C.    **The name, address and telephone number of each individual who has made a written or recorded statement and, unless the statement is privileged or otherwise protected from disclosure, either:**

1.     Trooper Robert French
(See address above)

2.     Trooper Brad L. Nelson
(See address above)

3.     Trooper Vance Peronto
(See address above)

**/X/ a copy of the statement or**
**/ / the name, address and telephone number of the custodian:**

(Please see "D" below)

D.    **/x_/ a copy of, or / / a description by category and location of, all documents, data compilations, and tangible things that are relevant to disputed facts alleged with particularity in the pleadings:**

Previously produced are documents numbered RW 1 through RW 171.

E.    **All photographs, diagrams, and videotapes of persons, objects, scenes and occurrences that are relevant to disputed facts alleged with particularity in the pleadings:**

A copy of the transcription of an audio tape of the April 30, 2000 stop has been previously provided.

Def's Rule 26(a) Initial Disclosures
*Winterrowd v. Brad L. Nelson et al.*
Case No. 3:02-cv-00097-JKS
Page 3 of 4

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100


Exhibit 2
Page 3 of 4

F.    Each insurance agreement under which any person carrying on an insurance business may be liable to satisfy part of all of a judgement which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgement:

There are no insurance agreements relevant to this case.

G.    All categories of damages claimed by the disclosing party, and a computation of each category of special damages, making available for reinspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such claims are based, including materials bearing on the nature and extent of injuries suffered:
/x/ or not applicable to defendant(s).

DATED this 4th day of September, 2007, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

By:    

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Stephanie.Galbraith@alaska.gov
Alaska Bar No. 8911063

This is to certify that on this date,
a copy of the foregoing
DEFENDANTS' INITIAL DISCLOSURES
is being served via U.S. Mail on:

Ralph K. Winterrowd, 2nd
P.O. Box 877109
Wasilla, AK 99687
_Heather R. Hebdon_ 9/4/07
Heather R. Hebdon        Date

Def's Rule 26(a) Initial Disclosures
Winterrowd v. Brad L. Nelson et al.
Case No. 3:02-cv-00097-JKS
Page 4 of 4

Exhibit  2
Page  4  of  4

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

1

2    TALIS J. COLBERG
     ATTORNEY GENERAL
3

     Stephanie Galbraith Moore
4    Assistant Attorney General
     Office of the Attorney General
5    1031 W. 4th Ave., Suite 200
     Anchorage, Alaska  99501
6    (907) 269-5190

7    Attorney for Defendants

8

9                IN THE UNITED STATES DISTRICT COURT

10                   FOR THE DISTRICT OF ALASKA

11   RALPH KERMIT WINTERROWD, 2ND )
                                       )
12              Plaintiff,             )
                                       )
13                                     )
         vs.                           )
14                                     )    Case No.: 3:02-cv-00097-JKS
     BRAD L. NELSON, ET AL.,           )
15                                     )    DEFENDANTS' RESPONSES TO
                                       )    PLAINTIFF'S INTIAL DISCOVERY
16              Defendants.            )
     _____)

17

18       1.    Documents identified as RW1 through RW 171 by Moore.

19       RESPONSE:  Documents RW1 through RW 171 were provided to the plaintiff in

20   the State's Initial Disclosure of April 1, 2003 per Rule 26(a)(1).  An additional copy will be

21   provided with advance payment of copying costs by plaintiff in the amount of $17.10.

22       2.    The complete *unedited tape* of the traffic stop.

23       RESPONSE:  Objection, to the extent this request implies defendants edited the

24

25   tape, which they did not.  A copy of the tape is enclosed.

26

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Exhibit 3
Page 1 of 5

3.    All the memos, papers, videos, and other documents concerning Winterrowd that the parties listed below have used in this instant case and against Winterrowd leading up to the excessive force by Nelson and others.

**RESPONSE:** Objection. This request is vague, overly broad and seeks privileged information. Without waiving objections, see No. 1 above.

4.    The APSIN information on danger warning put into the computer with parties identified that entered same, reason for entry and text of same.

**RESPONSE:** Provided are documents RW 173 through RW 174.

5.    The party that Trooper Brad L. Nelson was talking to when I was in his trooper car has not been identified, the cellular records and other communication that Trooper John Cyr had as I was proceeding peacefully into Wasilla close to Cyr.

**RESPONSE:** Objection. This request is vague and overly broad. Without waving the objections, if plaintiff is referring to being seated in Trooper Nelson's car during the traffic stop on April 30, 2000, plaintiff has already identified the participating officers in his "Opposition To Motion of Defendant's Summary Judgment..." Also, without waiving the objections, dispatch tapes no longer exist, and cell phone records re: cell phone numbers called or received to or from any particular cell phone at any specific date or time are not kept by the department, nor is it reflected in the department's monthly billing.

6.    All of the cellular and tape records of all the parties in this instant case have not been provided.

Defendants' Responses to Plaintiff's Initial Discovery
*Winterrowd v. Nelson, et al.*
3:02-cv-00097-JKS
Page 2 of 5

Exhibit 3

Page 2 of 5

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

1

2     **RESPONSE**: See Response to No. 5 above.

3     7.     All of the incidents, reports, evaluations, and plus incidents of other excessive

4 force for each of the defendants has not been provided.

5

6     **RESPONSE**: Objection. This request is vague and overly broad. This request does

7 not detail what type of "incident" or "report", nor does it confine the request to time,

8 location, or scope.

9     To the extent that this request extends to any information that is contained within any

10 trooper's DPS personnel file, that information is not subject to discovery. Personnel files

11 and their contents are confidential documents (Section 22 of Article 1 of the Alaska

12 Constitution and AS 39.25.080).

13

14     8.     All of the qualifications of each of the defendants has not been provided as to

15 training. Oath of Office as public Officers, Civil Commissions, Trooper graduation

16 documents and training, the Use of Force in this instant Case, the rules of engagement in

17 this instant case, the rules of used when attempting to drive Winterrowd off of the road

18 concerning a mere purported traffic stop, the legal duty and probable cause for traffic stop.

19

20     **RESPONSE**: Objection. This request is vague, and overly broad, and seeks

21 irrelevant and confidential information. Also see objection to No. 7 above. Without

22 waiving the objections, the classes and material used at the Department of Public Safety

23 Training Academy is in a constant state of change in regards to the material used the

24 various instructors that have taught the class. Depending on the year the class was taken,

25

26 Defendants' Responses to Plaintiff's Initial Discovery
*Winterrowd v. Nelson, et al.*
3:02-cv-00097-JKS
Page 3 of 5

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100



Exhibit 3
Page 3 of 5

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

some of the material may or may not have been copied to disk, or archived, as the archival

system at the academy has gone through several phases since the advent of the computer.

Without waiving the objections, enclosed is a copy of Chapter 107 (Use of Force)

from the Department of Public Safety's Standard Operating Procedures designated as RW

175 through 193.

Also, without waiving the objections, Trooper Brad Nelson graduated from the

Department of Public Training Academy on June 11, 1999 in the AK Law Enforcement

Training (ALET) class #21; Trooper John Cyr graduated from the Department of Public

Training Academy on May 6, 1994 in ALET class #11; Trooper Jorge Santiago graduated

from the Department of Public Training Academy on December 3, 1999 in ALET class#22.

9.    The documents that support the lack of prosecution, the towing documents

and authority for same of Winterrowd's private property.

**RESPONSE:** Objection.   This request is vague and ambiguous to the terms

"documents" and "prosecution," and seeks irrelevant information.

10.    The insurance policies that cover the Troopers, noting that Winterrowd has

filed in a separate document wherein the Public Safety Commissioner is mandated by

Alaska Statute to provide an Official Bond for all troopers.  Moore states that no insurance

agreements are relevant, which isn't correct.

**RESPONSE:**  There are no insurance agreements relevant to this case.

Defendants' Responses to Plaintiff's Initial Discovery
*Winterrowd v. Nelson, et al.*
3:02-cv-00097-JKS
Page 4 of 5

Exhibit 3
Page 4 of 5

DATED this ___ day of February, 2008, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

By: _____

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Stephanie.Galbraith@alaska.gov
Alaska Bar No. 8911063

This is to certify that on this date,
a copy of the foregoing
DEFENDANTS' REPSONSES TO
PLAINTIFF'S INITIAL DISCOVERY
is being served via U.S. Mail on:

Ralph K. Winterrowd, 2nd
P.O. Box 877109
Wasilla, AK 99687

_____  2/7/08
Heather R. Hebdon        Date

Defendants' Responses to Plaintiff's Initial Discovery
*Winterrowd v. Nelson, et al.*
3:02-cv-00097-JKS
Page 5 of 5



Exhibit 3
Page 5 of 5

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100