TALIS J. COLBERG
ATTORNEY GENERAL

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
(907) 269-5190

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH KERMIT WINTERROWD, 2ND )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRAD L. NELSON, ET AL., )<br>)<br>Defendants. )<br>_____ ) | Case No.: 3:02-cv-00097-JKS<br><br>**PROPOSED ORDER**<br>**DENYING MOTION**<br>**TO COMPEL** |

      Plaintiff's motion to compel discovery under Federal Rule of Civil Procedure 26(a)(1) and for a two month extension of discovery for defendants to respond is HEREBY DENIED.

Dated: _____             _____
                                                           JAMES K. SINGLETON
                                                           U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

This is to certify that on this date,
a copy of the foregoing
PROPOSED ORDER
is being served via U.S. Mail on:

Ralph K. Winterrowd, 2nd
P.O. Box 877109
Wasilla, AK 99687
s/ Stephanie Galbraith Moore     8/12/08

Proposed Order
*Winterrowd v. Nelson, et al.*
3:02-CV-00097-jks
Page 2 of 2